## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ANGINO & ROVNER, PC, KING DRIVE CORP., A LA CARTE ENTERPRISES, RICHARD C. ANGINO & ALICE K. ANGINO,

Petitioners

v.

SANTANDER BANK, N.A., WEIR PARTNERS, LLP, AND CUSHMAN & WAKEFIELD NATIONAL CORPORATION,

Respondents

: No. 274 MAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 25th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.